RECEIVED

JUL 11 2017

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DERRICK SCOTT
_____
Plaintiff

# 126372
_____
Inmate Number

VERSUS

EDITH WILLIAMS, JAMES HAYNES
_____
JAMES R WESLY, ERNES WAIL
_____
COL MATTHEW
_____

_____
(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program
        In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order
2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities
participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by
Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

        The names of **all parties** must be listed in the caption and in part III of the complaint **exactly
the same**.

        In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00.
In addition, the United States Marshal will require you to pay the cost of serving the complaint on
each of the defendants.

        If you are unable to pre-pay the filing fee and service costs, you may petition the court to
proceed in forma pauperis.  You must sign the affidavit, and obtain the signature of an authorized
officer certifying the amount of money in your inmate account.  If pauper status is granted, you will
be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to
forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (X)

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____
   _____
   
   Defendant(s): _____
   _____

2. Court (if federal court, name the district; if state court, name the parish):
   _____
   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )       No (X)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?
   Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. DCI-2017-75   P.O. BOX 788 Dixon Corr-ectional Institutional Jackson LA. 70748
2. What steps did you take?   First Step

_____

_____

3. What was the result?   First Step Granted

D. If your answer is No, explain why not: _____

_____

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Derrick Scott
   Address P.O. BOX 788 Dixon Correctional Institution, Jackson LA. 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

JAMES HAYNES  ERNES WALL

B. Defendant EDITH WILLIAMS, JAMES R.WESLY  COL.MATTHEW _____ is employed as
Nurse/SSt. Lt.COL. Lt.  COL. _____ at Dixon Correctional
Institution, P.O.Box 788  Jackson LA.70748 _____

C. Additional Defendants: _____
_____
_____
_____
_____

IV.    Statement of Claim

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved. Include also the names of other persons involved, dates, and places.  **Do not given
any legal arguments or cite any cases or statutes.**  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph. (Use as much space
as you need.  Attach extra sheets if necessary.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

In this action Pursuant to 42 USC 1983 [42 USCS 1983] "Under color of State law" in connection to state actors of the state by state law, "Imisuse of Power, Possessed by virtue of state law and made Possible only because these state actors in this instant matter wrongdoers was clothed with authority of state law, is action taken under color of State law." Violates the constitution of the United States. It is its, jurisdiction of this Federal Middle District of Louisiana, to Properly invoke its constitutionally obligated duty that been constitutionally bestow upon this Federal Court by the Constitution of the United States. that mandate this Federal court, to apply state law to this state Claim "Under color Of State law" to Protect Prisoners of this country that Properly before it Constitutional rights that lawfully secured by the constitution and laws of the United States "Under color of state law."

Because as its well settled and well understood through out the law of the land of the constitution of the United States." For there is no iron curtain drawn between the constitution and the Prisoners of this country." And Who-so-ever, Which also included all Courts, state and federal as well as all Judges that "Willfully" disobey the mandated Constitution law of the law of the land of the United States. the Penalty for such "Willfully" disobedience for who-so-ever, disobey the law of the land of the mandated laws set and established of the Constitution of the United States. must be Punished to the fullest extent of the law, that the constitution of the United States law of the land allow or see fit of the nature of the Violation. No matter who you are, the Constitution law of the United States does not discriminate. Violation of the constitution law of the land of the United States. apply to everyone on the United States land!

## CONSTITUTIONAL JURISDICTION FACE OF THE UNIDENT STATES.

Constitutional rights under the constitution of the United States When he puts on jail clothing. When state actors acting "under color of state law" violates any prohibition of the constitution, it is state or federal Courts duty, When jurisdiction is properly invoked, to protect prisoners' constitutional rights. for there is "no iron curtain drawn between the constitution and the prisoners of this country." Indisputable, this has been stamp by the approval authorized by the constitution of the United States.

## PARTIES

Plaintiff Derrick Scott # 126372 Pro se currently under the custody of Louisiana Dept. Public safety and corrections herein as (LDPSC), currently being held and housed at Dixon correctional institution herein as (DCI).

## DEFENDANTS

EDITH WILLIAMS, Which is no longer employee at DCI in relation and in connection with this incident. These are all the DCI officers who still active at DCI who are defendants with this claim. James Haynes, James R. Wesly, Ernes Wall, Col. Matthew. all are sued in they individual and officials capacity.

## PRIMA FACIE FACTS IN SUPPORT OF "UNDER COLOR OF STATE LAW" ACTION

On Jan 27, 2017 While housed on lockdown on D-tier in Cell #4 at DCI. I made a emergency sick call. at or around 3:00 PM. or 3:35 PM. DCI nurse Edith Williams arrived on D-tier While being escorted by sgt. Haynes, sgt. West, and sgt. Howel. upon nurse edith arriving to my cell. She for no reason displayed a real hostile attitude toward me for no reason.

1.

As i begin to try and explain my medical complaint to her She begin for no reason begin° using obscene-language and Profane language toward me for no reason. and she rip the Pink copy of my sick call form off. and threw it to me through my tray hatch and bend over in clear Plain view in front my cell and begin Patting on her but cheeks and stated to me, "eat her ass and Pussy!". and she left ~~~~~~~~ from in front my cell and went to the cell next to me.

I then stated to her "that she was on the tier camera and the tier camera seen everything she did ~~~ and i was going to file a "Prea" and "ARP" on her for what she did. and sgt. Haynes for him not saying nothing about what she did." She then left from infront the cell next to me, and return back in front my cell in clear Plain view a second time again. and she bend over again and Patted on her but cheeks again and then stated me "kiss her ass" and left off the tier.

As she was leaving off the tier she stated to sgt. Haynes " to write me up." In direct retaliation for me stating that "I was going to file a "Prea" and "ARP" on her and sgt. Haynes." sgt. Haynes in retaliation wrote me up on two false ~~~~~~~ fabricated trump-up bogus disciplinary reports in retaliation for me stated "i was going to file a "Prea" and "ARP" on nurse edith and sgt. Haynes." which sgt. Haynes never gave me a copy of the two disciplinary reports.

### Relief
Monetary Damages $27.000.
Punitive Damages $30.000
Mental and Emotional stress $27.000
Trial by Jury.

2.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite

no cases or statutes. Attach no exhibits._____

_____

_____

VI.   Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _9_ day of _July_____, 20_17_.

_Denise Scott_____

_____
Signature of plaintiff(s)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

DERRICK SCOTT #126372 Pro Se

1983 ACTION
"UNDER COLOR OF STATE LAW"

VERSUS

No.

EDITH WILLIAMS ET AL.

---

CONSTITUTION OF THE UNITED STATES AUTHORITY IN SUPPORT PURSUANT TO 42 USC 1983 [42 USCS 1983] SUPREMACY CLAUSE (Art VI, cl 2) "UNDER COLOR OF STATE LAW"

---

Title 42 USC 1983, Provides a remedy for deprivations of rights secured by the constitution and laws of the United States when that deprivation takes ~~place~~ Place "under color of any statute, ordinance, regulation, custom, or usage, of Trritory."

State courts, as well as federal courts, have jurisdiction over cases involving claims under 42 USCS 1983.

Federal law is enforceable in federal court "to apply state law" to this state claim "Under color of state law" Pursuant to 42 USC 1983 [42 USCS 1983] under the supremacy clause (Art VI cl 2). mandated by the constitution of the United States indisputable supreme spirit of its supreme law through out the land of the United States. teach;

"Accordingly, federal courts are constitutionally obligated to apply ~~the~~ state law to state claims."

3.

"[m]isuse of Power, ~~passed~~ Possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law, is action taken under color of state law." _United States v. Classic,_ 313 US 299, 326, 85 L Ed 1368, 61 S ct 1031 (1941).

"DCI nurse edith williams and all the other DCI defendants who are involved ~~of~~ in the federal constitution violations of the United States "under color of state law." Was taken by these state emploees of the state "misuse of Power, Possessed by virtue of state law and made Possible only because the wrongdoer was clothed with the authority of state law, is action taken under color of state law." _See, United States v. Classic,_ supra the actions of a state officer who exceeds the limits of his authority constitute state action for Purposes of "under color of state law."

The Plain language of 42 USC 1983 [42 USCS 1983] establishes that a Plaintiff must satisfy two Jurisdictional requisites to state an actionable claim. First, he must allege the violation of a right "secured by the constitution and laws" of the United States, Second, a 1983 Plaintiff must show that the alleged deprivation was caused by a Person acting "under color" of law.

My 1983 action Pursuant to 42 USC 1983 [42 USCS 1983], brought before this federal middle district court "under color of state law" establishes and satisfy the two Jurisdictional requisites to state an actionable claim. As it show and demonstrate as it state;

4-

First action claim committed upon me by the DCI state defend-ants violation of rights "Secured by the constitution and law" of the United States, as it state.

## DELIBERATE INDIFFERENCE STANDARD:

The Supreme Court has stated that, "Infliction of unnecessary suffering on Prisoner by failure to treat his medical needs is inconsistent with contemporary standards of dencency and vio-lates the Eighth Amendment." U.S.C.A. Const. Amend. 8.

On Jan 27, 2017 in connection with this 1983 action "Under color of state law" violated rights "Secured by the constitution and laws" of the United States When, i declare myself to a medical emergency me-dical request concerning me suffering with Pain. as a result in-connection with the medical emergency medical request i made to seek some medical treatment on Jan 27, 2017. I was "Wilifully, and in-tentionally" refused, denied, and deprived of any medical treatm-ent to meet my medical emergency by defendant DCI medical nu-rse edith williams employee by the state under state law at the time of incident on Jan 27, 2017.

As a result, in connection to DCI nurse edith williams illegal, un-ethical, unprofessionally conduct and actions shown on DCI B-bl-ock D-tier camera in connection with my allegations stated in my (Prea) and (ARP) relating to my medical emergency. lead to DCI nu-rse edith williams being terminated and fire from her state emplo-yeement "under color of law" at DCI as a state prison nurse for the state acting "Under color" of law.

-5-

As note above, as it demonstrate as shown above of the "illegal, willful, unethical, unprofessional" actions and conduct of the defendant DCI nurse edith Williams at that time. While in the act of performance of her state duty. acted "Under color state law" in violating the Eighth amendment right of "Deliberate Indifference" "Secured by the constitution and laws" of the United States.

## SECOND ACTION CLAIM "FIRST AMENDMENT" RIGHT SECURED BY THE CONSTITUTION AND LAW OF THE UNITED STATES

"Prison official may not retaliate against or harass inmate for exercising right of access to courts, or for complaining to supervisor about guard's misconduct"

In direct retaliation for me complaining to DCI higher rank supervisor about nurse edith Williams actions and conduct and mentioning Sgt. Haynes name in my (Prea) and (ARP) complaints in connection to the (Prea) complaint of nurse Williams. In retaliation Sgt. Haynes took retaliatory actions upon me by writting me up on two trump-up false faberistcated bogus disciplinary reports. in retaliation for me mentioning his name involve in my (Prea) and (ARP) in connection to the Jan 27, 2017 incident involving nurse edith Williams.

Lt. Walls, Lt. Col. Wesly, Col. Matthew along with Sgt. Haynes all conspire together in active concert aidding and abetting Sgt. Haynes in carrying out the retaliatory disciplinary actions and Punishment upon me for me complaining higher rank supervisor about nurse edith misconduct and mentioning Sgt. Haynes name in the (Prea) and

My (ARP), these retaliation retaliatory disciplinary actions and Punishment that was taken upon me by sgt. Haynes acting in cahoots in active concert with Lt. Col. Wesly, Lt. Wall, and col. Matthew Was committed. While these DCI state prison officers for the state of the (LDPSC), state action state by state actors while in the performace of they state duty of the state acting "Under color of state law." and the "[m]isuse of they state power, possessed by virtue of state law and was made possible only because these DCI state actors prison officers for the state". . . "Was clothed with the authority of state law, cover behind the state prison officer for the state. they illegal unlawful constitution violations actions was taken and "willfully" carry-out by these state action actors while acting "under color of state law."

## THIRD ACTION CLAIM OF "STATE ACTION" TO ESTABLISH A VIOLATION OF THE "FOURTEENTH AMENDMENT" RIGHT SECURED BY THE CONSTITUTION AND LAW OF THE UNITED STATES "UNDER COLOR OF STATE LAW"

This "Under color of state law" case concerns the relationship between the requirement of "state action" to establish a constitutional violation of the United States of the Fourteenth amendment. and the requirement of action "Under color of state law" to establish a right to recover under 42 USC 1983 [42 USCS 1983], which provides a remedy for deprivation of constitutional rights when that deprivation takes place "Under color of any statute, ordinance, regulation, custom, or usage, of a state.

STAte officials. as Well as Prison officials, state Prison medical Personnel, and state correctional officers for the state. This is because state actors as these state defendants involve in this state Claim. Was "Clothed With the authority" of state law. Which gave these state actors here in this state Claim the Power to Perpetrate the very Wrongs that congress intended 1983 to Prevent. <u>Monroe V. Pape</u>, S. Ct. 473. <u>United States V. Classic</u>, 61 S. Ct. 1031 (1941).


SUBSTANTIVE "FOURTEENTH AMENDMENT CONSTITUTIONAL RIGHT SECURED BY THE CONSTITUTION OF THE UNITED STATES GIVE ACTION "UNDER COLOR OF STATE LAW" WHEN VIOLATED BY STATE ACTORS

## <u>RETALITORY DISCIPLINARY PUNISHMENT</u>

The incident With nurse edith Williams happen on Jan 27,17 Which is the same day i reported my "PREA" Complaint to higher ranking DCI Prison officials about nurse Williams misconduct. as well as my "ARP" in connection With nurse Williams misconduct. Which in both complaints i involved sgt. Haynes in complaint. from the date of Jan 27, 2017 the date of nurse williams committed the "PREA" misconduct is the date that the "PREA" investigation begin to see and determine if my alleged allegations Concerning nurse Williams "PREA" misconduct and actions Were ture are not.

At that Particularly moment i was totally unaware that sgt.

8.

Haynes had wrote me up on two disciplinary reports in connection with the incident with nurse Williams. I never was placed on any notice that i was being wrote up on a disciplinary report in connection with the incident involving nurse Williams that took place on Jan 27, 2017. I was only left under the impression, that the incident that took place involving nurse Williams was under investigation. Which that was what was told to me by DCI higher ranking prison officials. Which DCI warden Turner notify me through a notice that i would be notify once the investigation has been fully completed. with the investigation results.

I didn't become aware of sgt. Haynes disciplinary reports until Jan 31, 2017 on the date i was brought before the disciplinary board, before the disciplinary board chairman Col. Matthew. At the disciplinary board hearing i notified Col. Matthew, that the incident involving nurse Williams was still pending under investigation. Col. Matthew then stated to me in a real hostile tone of voice, "he don't give a dam about no got-dam, ~~investigation~~ investigation." Col. Matthew found me guilty without the investigation results in connection with what the disciplinary reports at the Jan 31, 2017 disciplinary reports by sgt. Haynes. along with a attached notice Lt. Col. Wesly stating "I need to be punished for the Jan 27, 2017 incident that involve nurse Williams."

On Feb 17, 2017 the investigation completed results was completed. which Lt. Col. Wesly the same DCI officer sent the notice to the disciplinary board stating "I needed to be punished for the Jan 27, 2017 incident that involved nurse Williams." He was the same officer who was the same investigating officer who investigated the "PREA" and "ARP" in connection of the Jan 27, 2017 incident. Which was also the same officer deliever the Feb 17, 2017 investigation results.

that substantiated the alleged allegations that i alleged in my "PREA" and "ARP" in connection to the Jan 27, 2017 incident involving nurse Williams was found to be ~~true~~ true. Which resulted to nurse Williams being terminated as well as fire for her misconduct of her actions. While acting in her state duty for the state "under color of state law." Which this same incident is the incident i received two disciplinary by sgt. Haynes with the approval of his supervisor also i was punished with disciplinary punishment by the direct order of Lt. col. Wesly and it was carry-out by and through col. Matthew. While all state correctional officers for the state. Was all time relevant stated-ctors, acting "under color of state law" beyond a resonable doubt.

## SUBTATIVE AND PROCEDURAL DUE PROCESS CLAIMS / FIRST AMENDMENT CLAIMS

My claims that this general authority was exceeded and my constitutional rights were violated as well as substantive and procedural as it demonstrative and shown in pertinent part:

(1) Retaliation against ~~me~~ me for exercise of ~~my~~ my First Amendment right to freedom of expression. (2) Retaliation against ~~me~~ me for exercising my state- created liberty interest by filing and pursuing grievances in the prison grievance system. (3) Failure to follow constitutional procedural due process requirements in punishing ~~me~~ me.

### 1. First Amendment claims.

A prison inmate is entitled to his First Amendment right to freedom of expression so long as it is not inconsistent with his status as a prisoner and does not adversely affect a legitimate state interest.

### 2. The state-created liberty interest in use of prison grievance procedures.

Independent of my First Amendment claim, I also demonstrate and

10.

asserts that there was retaliation because my used of the (LDPSC) adopted Promulgated LAC-Title 22:I.325 Administrative Remedy Procedures that govern and guided by its "Specific Substantive Predicates" to guide State decisionmakers and "repeated use of mandatory language".

The (LDPSC) adopted Promulgated (ARP) system Provide and mandate as it follower:

"No action is shall be taken against and inmate for the good faith use of or good faith Participation in the Procedure. Reprisal of any nature are Prohibited. Inmates are entitled to Pursue, through the grievance Procedure, a complaint that a reprisal occurred." "Reprisals." ("No action (shall) be taken against anyone for the good faith use of or good faith Participation in the Procedure.").

The gravamen gist here in my 1983 action Pursuant to 42 USC 1983[42 USCS 1983] "Under color of state law" alleged allegation in this instant matter. Is that my use of the (LDPSC) state grievance Procedure create a indisputable valid Constitutional Protected "Liberty" interest under its state adult grievance Procedure by;

"The (LDPSC) grievance Procedure is a State created "Liberty" interest under the Substantive Due Process clause of the Constitution of the United States. as established by (LDPSC) state Prison grievance adopted Promulgated grievance Procedure for state adult Prisoners. As here as demonstrated here my instant claim, claims retaliation against me retaliatory action was taken upon me by the DCI state Prison officers for the State While these state actors was acting under they state duty, "Under color of state law"."

Took retaliation retaliatory ~~actions~~ actions upon me for my exercise of the (LDPSC) adopted Promulgated state created Liberty interest of the State adult grievance Procedure creates a valid claim under State 1983 action "Under color of state law."

11.

First, the Sole standard for a state-created liberty interest claim is that "[a]n inmate must show 'that particularized standards or criteria guide the state's decision makers'" and that these criteria are sufficiently mandatory in nature. Which the state-created liberty interest here in my instant case. Is without beyond a reasonable doubt a state-created liberty interest in the (LDPSC) adopted Promulgated grievance Prison Procedure. demonstrate and show that a Particularized Standards of criteria "Specific substantive Predicate" to guide the (LDPSC) state decision makers throughits "language of an sufficiently unmistakably mandatory nature specific substantive Predicates character."

Requiring that certain Procedure 'Shall,' 'Will,' or 'must' be employed in the (LDPSC) adopted Promulgated Administrative Remedy Procedure here this is a matter that retaliation retaliatory action were taken upon me by DCI state actors acting in they State duty by state law for me exercising my constitutional Protect First amendment right of complaining through Proper channel to the supervisor of a state actor misconduct and filing a Prison grievance in connection of the state actor misconduct. and retaliation retaliatory actions was taken upon me by DCI Prison officers in direct connection of me exercising my constitutional First amendment Protected right. with

me for the good faith use of the good faith Participation in the (LDPSC) adopted Promulgated grievance of reporting that a reprisal occurred in connection to the Jan 27, 2017 incident. the DCI State actors in they state duty by state law imposed retaliation retaliatory actions upon me in connection to the Jan 27, 2017 incident acting "under color of state law."

"Shall" Specific substantive Predicate that exist in the (LDPSC) adopted Promulgated grievance Procedure criteria is sufficiently mandatory in nature. Which the (LDPSC) adopted Promulgated gri-

evance mandatory nature criteria specific substantive Predicate "Shall" is mandatory language that guide the (LDPSC) state's decision makers. Without beyond a reasonable doubt adopted Promulgated grievance guided by the specific substantive mandatory nature mandatory Predicate in the "Shall" the (LDPSC) grievance created as a constitutional Protected liberty interest of the state and Federal constitution of the United States. in the (LDPSC) adopted Promulgated State Prison grievance.

Under this Louisiana Court Circuit held by the Louisiana supreme court and First Circuit as well as the Fifth Circuit under they holding teaches: "If rules are stated in mandatory language, they must be obeyed and followed." "Shall" as stated here in my instant case is mandatory language. the (LDPSC) and DCI Prison of the state denied and violated my substantive constitutional Due Process Protected liberty interest of the United States. While these state actors under state law by the state while acting "under color of state law" and "Willfully" failed to abide by its own rules.

"Nonetheless, the language in the above (LDPSC) adopted Promulgated Administrative Remedy Procedure (ARP) by the state". is indisputably mandatory by the (LDPSC). "Shall" is mandatory language beyond a reasonable doubt. And, "Iif the rules are stated in mandatory language, they must be obeyed and followed". _Fegan V. Lykes Bros. S.S. Co._, 198 La. 312, 322, 3 So. 2d 632, 635 (1941); See also _Singleton V. State, Dept. of Public Safety & Corrections ex rel Elayn Hunt Correctional Center_, 878 So. 2d 555 (La. App. 1 Cir. 2004)

The (LDPSC) and (DCI) Prison state officials and officers of the state acting under state law by the state. While these state actors acting in they state duty by the state "Under Color of state law" "Willfully" failed to follow its own rules when the DCI state actors Prison officials and officers

- 13 -

retaliated upon me by taken retaliatory actions against me. for me exercising my substantive constitutional First amendment Protected liberty interest Constitutional right of the state and Federal constitution of the United States. With me using the state Prison grievance in connection of the DCI State actors misconduct constitutional Violation. With violating my constitution rights of the United states. in connection to the Jan 27, 2017 constitutional Violation incident by DCI State actors for the state by State law ~~and~~ While they was acting in they duty "Under Color of State Law."

"Prison disciplinary action motivated by retaliation for Prisoner's exercise of constitutionally Protected right is actionable, even if act, When taken for different reason, might have been legitimate." _Woods v. Smith_, 60 F.3d 1161 (C.A.5 (La.) 1995)

Anyone Who inhabitant that dwell or reside on the land of the United States deprive Prisoners in this country of the constitution right of the equal Protection of the laws guaranteed by the Fourteenth Amendment. By anyone Who, "acting under color of any law" "Willfully subjects, or causes to be subjected, any inhabitant of any State ... to the deprivation of any rights, Privileges and immunities secured and Protected by the Constitution and laws of the United states." Violates the laws Protected by the Constitution of the United States. Which is totally out-law and Prohibited that forbidden by the constitution of the United States.

This is a reminder that long been stamp and well settle with the stamp of approval by the constitution of the United States. that to always to be a reminder to all Judges and all court houses through out the land of this Country, of the United States to never be forgotten. as the constitution of the United States as it state in Pertinent Part:

14.

"A Prisoner, does not shed all his Constitutional rights When he puts on Jail Clothing" Whatever Particular Prison system Violates any Prohibition of the Constitution of the United States, it is its duty, When Jurisdiction such as this Federal Middle District of Louisiana, is properly invoked. to Protect Prisoners' Constitutional rights, "for there is no iron Curtain drawn between the Constitution and the Prisoners of this Country."

## CONCULSION

WHEREFORE, Plaintiff Derrick ~~Ray Scott~~ Scott #126372 Prose Pray that this Federal Middle District of Louisiana obey and Follow its Constitutional obligated duty of the Constitution of the United States. and apply state law to this State Claim Pursuant to 42 USC 1983 [42 USCS 1983] action "Under Color of state law."

Respectfully Submitted

_Derrick Scott_ #126372 Prose
DERRICK SCOTT #126372 Prose
B-block C
P.O. BOX 788
DIXON CORRECTIONAL INSTITUTION
JACKSON LA. 70748

Mailed Out Date:
July 9, 2017

C.C.

15.